THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SYLVESTER SIMS, Appellant.

Argued March 5, 1946; decided April 18, 1946.

*James F. Ryan* for appellant.

*Miles F. McDonald, District Attorney (William I. Siegel* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.